CAROL M. REARDON, an Infant, by JOHN J. REARDON, Her Guardian ad Litem, et al., Respondents, v. SAMUEL HOLLANDER et al., Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Dore, Cohn, Callahan and Shientag, JJ.

HENRY DOYLE, Appellant, v. SOLOMON ROGELBERG, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Dore, Cohn, Callahan and Shientag, JJ.

SARA HELFIELD, Appellant, v. EDWARD A. HYMAN et al., Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Dore, Cohn, Callahan and Shientag, JJ. [See post, p. 875.]

ARTHUR MAAS, Respondent, v. JOSEPH WEITZMAN, Appellant.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Dore, Cohn, Callahan and Shientag, JJ. [191 Misc. 348.]

JOSE M. MAYORGA, Respondent, v. D. W. HUTCHINSON & Co., Appellant.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Glennon, Cohn, Callahan and Shientag, JJ.; Peck, P. J., taking no part.

MARGOT LOUGHRAN, Appellant, v. CITY OF NEW YORK, Respondent.— Determination unanimously affirmed, with costs and disbursements. No opinion. Present — Peck, P. J., Glennon, Cohn, Callahan and Shientag, JJ. [See post, p. 822.]

OLIVE KENT PARK, INC., et al., Plaintiffs, v. MOSHASSUCK TRANSPORTATION Co., Defendant and Third Party Plaintiff-Respondent. CONBOY TRUCKING CORP., Third Party Defendant-Appellant.— Judgment, so far as appealed from, unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Glennon, Cohn, Callahan and Shientag, JJ. [189 Misc. 864.]

RALPH FRENCH, Individually and as President of Local Union No. 454, Brotherhood of Painters, Decorators and Paperhangers of America, Appellant, v. HARRY LADISKY, as President of District Council No. 9, Brotherhood of Painters, Decorators and Paperhangers of America for the Boroughs of Manhattan and The Bronx, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Glennon, Cohn, Callahan and Shientag, JJ.; Peck, P. J., concurs upon the ground that the plaintiff who had the burden of proof failed to show that he did not have notice of the hearing before the district council and did not have an opportunity to be heard. [194 Misc. 549.]

LEBANON SHIRT Co., INC., Appellant, v. CATAWBA RIVER COMPANY, INC., et al., Respondents.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Glennon, Cohn, Callahan and Shientag, JJ. [See post, p. 822.]

THE PEOPLE OF THE STATE OF NEW YORK ex rel. Estate of CHARLES A. COE, Respondent-Appellant, against HARRY B. CHAMBERS et al., Constituting the Tax Commission of the City of New York, Appellants-Respondents. [1465–1467 Broadway, Borough of Manhattan.] — Order unanimously affirmed, without costs. No opinion. Present — Peck, P. J., Glennon, Cohn, Callahan and Shientag, JJ.